# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

FILED
MAR 1 4 2008
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES OF AMERICA

v.

PHILLIP THOMAS WILLIAMS

CRIMINAL COMPLAINT

CASE NUMBER: 5:08-mj-1139

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 17, 2007** in **Wake** County, in the **Eastern** District of **North Carolina** defendant(s) did, (Track Statutory Language of Offense)

TRAVEL IN INTERSTATE COMMERCE WITH THE INTENT TO AVOID PROSECUTION FROM THE STATE OF NORTH CAROLINA, FOR THE CRIME OF ATTEMPTED MURDER, IN VIOLATION OF NORTH CAROLINA GENERAL STATUTE 14-17, AND ARMED ROBBERY, IN VIOLATION OF NORTH CAROLINA GENERAL STATUTE 14-87

in violation of Title **18** United States Code, Section(s) **1073 (Unlawful Flight to Avoid Prosecution)**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

Please see the attached Affidavit of Michael Sutton, which is hereby incorporated by reference.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

Michael Sutton, Special Agent
Federal Bureau of Investigation

**March 14, 2008** at Raleigh, North Carolina
Date                                                        City and State

WILLIAM A. WEBB, UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                Signature of Judicial Officer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

<u>AFFIDAVIT</u>

I, Michael Sutton, hereafter designated as Affiant, having being duly sworn according to law, state and depose as follows:

(1) I have been a Special Agent with the Federal Bureau of Investigation (FBI) since 2001. I am currently assigned to the Raleigh-Durham Area Safe Streets Gang Task Force. Prior to my employment with the FBI, I served with the Durham County, North Carolina Sheriff's Office for five years, and with the Durham, North Carolina Police Department for six years. My investigative assignments have included a variety of counterterrorism, white collar, organized crime, violent crime, public corruption, crimes against children and fugitive matters.

(2) This Affidavit is made in support of an arrest warrant for PHILLIP THOMAS WILLIAMS. The information contained in this Affidavit is based on investigative efforts conducted by the Cary, North Carolina (NC) Police Department (CPD).

(3) Because the purpose of this affidavit is to set forth only the facts necessary to establish probable cause for the issuance of an arrest warrant, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless

DAB



otherwise indicated.

(4) On June 17, 2007, three Burlington Coat Factory employees were making a weekend deposit at the Bank of America in Cary, NC. The employees were approached by a black male subject who demanded the money. An employee turned towards the subject and was shot in the abdomen. The subject took the money and fled the scene.

(5) Investigation by the Cary Police Department determined a conspiracy to rob the employees was hatched by three individuals including former employees of the Burlington Coat Factory. The investigation led to arrest warrants charging Terrance Adam Lyles, Travis Monique Price and Phillip Thomas Williams with armed robbery and attempted murder. Lyles and Price were later located and arrested in Philadelphia, Pennsylvania.

(6) The CPD has received several reports, the last as recently as March 13, 2008, that Phillips was in Pennsylvania. To date, no information has been developed that would show that Phillips remained in NC.

(7) Upon information and belief, Affiant avers that probable cause exists to believe that PHILLIP THOMAS WILLIAMS, traveled in interstate commerce, with the intent to avoid prosecution following the commission felonies, namely: Attempted Murder, in violation of North Carolina General Statute 14-17, and Armed Robbery, in violation of North Carolina General

DAB



Statute 14-87, being prosecuted by the Wake County District Attorney's Office, Raleigh, North Carolina, in violation of Title 18, United States Code 1073. FURTHER AFFIANT SAYETH NOT.

_____
Michael Sutton
Special Agent
Federal Bureau of Investigation
Raleigh, North Carolina

Subscribed and sworn to me this 14th day of March, 20__.

_____
William A. Webb
United States Magistrate Judge

DAB