IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-MJ-1139

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| PHILLIP THOMAS WILLIAMS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Complaint, filed on May 14, 2008, against PHILLIP THOMAS WILLIAMS. WILLIAMS is expected to be prosecuted by the State of North Carolina.

        GEORGE E. B. HOLDING
        United States Attorney

        BY:   /s/ David A. Bragdon
        DAVID A. BRAGDON
        Assistant United States Attorney
        U.S. Attorney's Office
        310 New Bern Avenue, Suite 800
        Raleigh, NC 27601
        Telephone: 919-856-4530
        Fax: 919-856-4487
        e-mail: david.bragdon@usdoj.gov
        State Bar No. 33564

Leave of Court is granted for the filing of the foregoing dismissal.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE

_____
Date