IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-MJ-1139

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| PHILLIP THOMAS WILLIAMS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Complaint, filed on May 14, 2008, against PHILLIP THOMAS WILLIAMS. WILLIAMS is expected to be prosecuted by the State of North Carolina.

GEORGE E. B. HOLDING
United States Attorney

BY: /s/ David A. Bragdon
DAVID A. BRAGDON
Assistant United States Attorney
U.S. Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
e-mail: david.bragdon@usdoj.gov
State Bar No. 33564

Leave of Court is granted for the filing of the foregoing dismissal.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

1-7-10
Date